# Exhibit 1

Ross MacDonald, MD  
159 W. 73rd St. Apt 1R  
New York, NY 10023

Email: rossmacdonaldmd@gmail.com  
917 539 0780

**Professional Experience:**

| | |
|---|---|
| 6/2017-<br>Present | NYC Health + Hospitals<br>Chief Medical Officer/Senior Assistant Vice President—H+H Correctional Health Services<br>*Medical leadership of the public hospital system's division responsible for healthcare for those incarcerated in the NYC jail system. Responsible for Medical, Mental Health and Social Work/Discharge Planning and Substance Use Treatment for an average daily population of 9,000 individuals incarcerated in NYC jails/~50,000 admissions per year in 12 jail facilities, each with 24 hour clinics staffed by MDs, innovative MH programming units designed to draw down the use of solitary confinement, crisis intervention teams, the nation's largest jail-based opioid treatment program, etc. Oversees Chief Nursing Officer, Chief of Medicine, Chief of Psychiatry and Social Work Services, overall more than 1,100 healthcare staff.* |
| 3/2017-<br>6/2017 | NYC Health + Hospitals<br>Interim Chief Medical Officer—H + H Correctional Health Services |
| 3/2017-<br>Present | Bellevue Hospital Center, New York, NY<br>Attending Physician<br>*Provide direct patient care overseeing a team of residents, interns and medical students on the academic teaching service in two-week blocks.* |
| 8/2015-<br>6/2017 | NYC Health + Hospitals<br>Chief of Service, Medicine—H + H Correctional Health Services<br>*Medical leadership of a newly created division of the NYC public hospital network, devoted to taking over direct care (formerly contracted) for those incarcerated in the NYC jail system. Responsible an average daily population of 10,000 individuals incarcerated in NYC jails/~55,000 admissions per year in 12 jail facilities, each with 24 hour clinics staffed by MDs, one hemodialysis unit, specialty clinics, full time emergency medicine staff and two infirmaries. Defines policy, procedure and workflow for medical care in the jail system. Oversees Directors of Nursing, Pharmacy. Provides Resident Teaching/Direct Patient Care. Directs medical QI efforts. Oversees jail-based opioid treatment program.* |
| 9/2013-<br>3/2017 | Montefiore Medical Center, Bronx, NY<br>Attending Physician-<br>*Provide direct patient care overseeing a team of residents, interns and medical students on the academic teaching service in two-week blocks.* |
| 7/2012- | NYC Department of Health and Mental Hygiene- |

8/2015 Medical Director—Bureau of Correctional Health Services
*Responsible for the medical care for an average daily population of 12,000 individuals incarcerated in NYC jails/~80,000 admissions per year. Oversaw contractual agreement with vendors to provide care in 12 jail facilities, each with 24 hour clinics staffed by MDs, one hemodialysis unit, specialty clinic, full time emergency medicine staff and two infirmaries. Defined policy, procedure and workflow for medical care in the jail system. Oversaw Departments of Nursing, Pharmacy. Chaired Clinical Multi-Disciplinary QI committee. Provided Resident Teaching/Direct Patient Care. 12/2013- assumed oversight (sponsorship) of the Rikers Island Opioid Treatment Program*

7/2011- NYC Department of Health and Mental Hygiene-
7/2012 Deputy Medical Director—Bureau of Correctional Health Services
*Managed Policy and Procedure Revision and Implementation. Oversaw quality Improvement Initiatives. Served as Liaison to Medical Leadership of Contracted Vendors, Site Medical Directors of 12 Jails and Leadership of HHC Hospitals. Oversaw Clinical Management and Care Coordination for Difficult Cases. Developed and Implemented Trainings for Clinical Staff. Worked with IT to Customize and Optimize Electronic Medical Record Initiatives. Provided Resident Teaching/Direct Patient Care.*

**Postgraduate Training:**

7/2008-6/2011 Albert Einstein College of Medicine/Montefiore Medical Center; Bronx, NY
Internship and Residency in Social Internal Medicine
Internal Medicine Residency Program

2008-2011 Comprehensive Health Care Center-Montefiore Medical Group. Bronx, NY
*Worked as a primary care physician at a federally-qualified Health center (FQHC) as the ambulatory component of residency training*

2009-2011 Human Rights Clinic - Doctors of the World; Bronx, NY
*Provided comprehensive clinical examinations for survivors of torture; wrote affidavits and testified on behalf of asylum applicants.*

July, 2010 Ministry of Health District Hospital; Kisoro, Uganda
*Served as the primary physician of a 30-bed female ward and outpatient clinic of a rural district hospital.*

**Education:**
8/2004-5/2008    Weill Medical College of Cornell University, New York, NY
                 Doctor of Medicine

8/1999-6/2003    Cornell University, College of Arts and Sciences, Ithaca, NY
                 Bachelor of Arts in Biological Sciences and English Literature

**Board Certification:**
American Board of Internal Medicine, Valid through 12/2021

**Licensure:**
NY State License # 261317
Buprenorphine Licensed Prescriber
Valid NYS DEA

**Teaching Experience:**
3/2017-      NYU School of Medicine
Present      Clinical Assistant Professor, Department of Medicine
             *Supervise and evaluate medical students carrying out the inpatient component of their internal medicine clerkship*

7/1/2015-    Albert Einstein College of Medicine, Bronx, NY
3/2017       *Assistant Professor*
             *Supervise and evaluate medical students carrying out the inpatient component of their internal medicine clerkship*

9/1/2013-    Albert Einstein College of Medicine, Bronx, NY
7/1/2015     *Instructor of Medicine*
             *Supervise and evaluate medical students carrying out the inpatient component of their internal medicine clerkship*

2006         Co-director HPREP
             *Codirected a six-week educational program for underrepresented high school students interested in medical professions*

2002-2004    Cornell at Auburn, Auburn Prison. Auburn NY. Teaching Assistant.
             *TA for a literature class for inmates at Auburn Prison. Developed and instructed an auxiliary writing class in which inmates received Cornell credits.*

**Professional Society Memberships:**
American College of Physicians
American Public Health Association
American Society of Addiction Medicine
Medical Society of the State of New York

**Honors and Awards:**
**2014 Most Impactful Journal Article, NYC DOHMH, Co-author**
**2014 Paper of the Year, American Journal of Public Health, Co-author**
Solitary confinement and risk of self-harm among jail inmates. Am J Public Health. 2014;104(3):442–447.

**David E. Rogers Health Policy Colloquium Medallion, 2014**

**NYC DOHMH Distinguished Service Award, 2013**
Awarded for "exemplary dedication and leadership during the response to Hurricane Sandy"

**The Yvette and Seymour Feil prize in Medicine, 2008**
Chosen by the Department of Medicine's chairman and faculty, and approved by the Office of the Dean, the student selected will pursue a career in internal medicine, and will demonstrate the exceptional qualities of a gifted physician including compassion, caring, and the pursuit of scientific knowledge.

**Paul Sherlock Prize in Internal Medicine, 2008**
Determined by vote of the graduating class, and is presented to the graduating student who is pursuing a career in internal medicine and who has demonstrated exceptional integrity and compassion in caring for patients, as exemplified by Dr. Sherlock.

**Dr. Milton B. Rosenbluth International Fellowship, Salvador, Brazil 2008**
**Weill Cornell Medical College Admissions Committee Member, 2007-2008**

**Expert Witness Work:**
2018    Carter v. Dr. Marc J. Mcnaughton, et alia.
2016    Estate of Matthew Wayne Triplett v. Primecare Medical of West Virginia, Inc
2014    Marcum v. Scioto County Ohio/Board of Commissioners et. Alia.

**Publications:**
**The Rikers Island Hot Spotters: Exploring the Needs of the Most Frequently Incarcerated.** Harocopos A, Allen B, Glowa-Kollisch S, Venters H, Paone D, MacDonald R. J Health Care Poor Underserved. 2017;28(4):1436-1451.

**Witnessed overdoses and naloxone use among visitors to Rikers Island jails trained in overdose rescue.** Huxley-Reicher Z, Maldjian L, Winkelstein E, Siegler A, Paone D, Tuazon E, Nolan ML, Jordan A, MacDonald R, Kunins HV. Addict Behav. 2017 Nov 16. pii: S0306-4603(17)30437-9.

**Medicine and Mass Incarceration: Education and Advocacy in the New York City Jail System.** Giftos J, Mitchell A, MacDonald R. AMA J Ethics. 2017 Sep 1;19(9):913-921.

**Feasibility of Treating Hepatitis C in a Transient Jail Population.** MacDonald R, Akiyama MJ, Kopolow A, Rosner Z, McGahee W, Joseph R, Jaffer M, Venters H. Open Forum Infect Dis. 2017 Jul 7;4(3):ofx142.

**Head Trauma in Jail and Implications for Chronic Traumatic Encephalopathy in the United States: Case Report and Results of Injury Surveillance in NYC Jails.** Siegler A, Rosner Z, MacDonald R, Ford E, Venters H. J Health Care Poor Underserved. 2017;28(3):1042-1049.

**Death After Jail Release.** Alex B, Weiss DB, Kaba F, Rosner Z, Lee D, Lim S, Venters H, MacDonald R. J Correct Health Care. 2017 Jan 1

**Correlates of Hepatitis C Virus Infection in the Targeted Testing Program of the New York City Jail System.** Akiyama MJ, Kaba F, Rosner Z, Alper H, Kopolow A, Litwin AH, Venters H, MacDonald R. Public Health Rep. 2017 Jan/Feb;132(1):41-47

**Staff Satisfaction, Ethical Concerns, and Burnout in the New York City Jail Health System.** Kalra R, Kollisch SG, MacDonald R, Dickey N, Rosner Z, Venters H. J Correct Health Care. 2016 Oct;22(4):383-392.

**Hepatitis C Screening of the "Birth Cohort" (Born 1945-1965) and Younger Inmates of New York City Jails.** Akiyama MJ, Kaba F, Rosner Z, Alper H, Holzman RS, MacDonald R. Am J Public Health. 2016 May 19:e1-e2. (Epub ahead of print)

**Improving Transgender Healthcare in the New York City Correctional System.** Jaffer M, Ayad J, Tungol JG, MacDonald R, Dickey N, Venters H. LGBT Health. Jan 8 2016. (Epub ahead of print).

**The Rikers Island Hot Spotters: Defining the Needs of the Most Frequently Incarcerated.** Ross MacDonald, MD, Fatos Kaba, MA, Zachary Rosner, MD, Allison Vise, David Weiss, MD, Mindy Brittner, MD, Molly Skerker, Nathaniel Dickey, MPH, MA, and Homer Venters, MD, MA. American Journal of Public Health. Am J Public Health. 2015 Nov;105(11)2262-8.

**Improving antenatal care in prisons.** Skerker S, Dickey N, Schonberg D, MacDonald R and Venters H. Bulletin of the World Health Organization. 2015 Oct 1;93(10):739-740.

**Disparities in Mental Health Referral and Diagnosis in the New York City Jail Mental Health Service.** Kaba F, Solimo A, Graves J, Glowa-Kollisch S, Vise A, MacDonald R, Waters A, Rosner Z, Dickey N, Angell S, Venters H. Am J Public Health. 2015 Sep;105(9):1911-6

**Physicians Trained to Work with Torture Survivors can add Critical Expertise in Jails.** MacDonald R, Rosner Z, Venters H. Health and Humans Rights Journal. E-pub July 24th, 2015. http://www.hhrjournal.org/2015/07/24/physicians-trained-to-work-with-torture-survivors/

**Data-Driven Human Rights: Using Dual Loyalty Trainings to Promote the Care of Vulnerable Patients in Jail.** Glowa-Kollisch S, Graves J, Dickey N, MacDonald R, Rosner Z, Waters A, Venters H. Health Hum Rights. 2015 Jun 11;17(1):E124-35.

**Traumatic Brain Injury Focus Groups as a Means to Understand Violence among Adolescent Males in the NYC Jail System.** Graves J, Steele J, Kaba F, Glowa-Kollisch S, Ramdath C, Rosner Z, MacDonald R, Dickey N, Venters H. J Health Care Poor Underserved. 2015;26(2):345-57.

**Operationalizing a Human Rights Agenda in Correctional Health.** MacDonald, R., Rosner, Z., Venters, H. (2015). SGIM Forum 38(1): 1, 12-13. http://www.sgim.org/publications/sgim-forum/current-issue#sthash.VSMZyoAL.dpuf

**Data-Driven Human Rights: Using the Electronic Health Record to Promote Human Rights in Jail.** Glowa-Kollisch S, Andrade K, Stazesky R, Teixeira P, Kaba F, MacDonald R, Rosner Z, Selling D, Parsons A, Venters H. Health and Human Rights. 2014 Jun 14;16(1):157-65.

**Case series of exercise-induced rhabdomyolysis in the New York City jail system.** MacDonald R, Rosner Z, Venters H. Am J Emerg Med. 2014 Mar 18. pii: S0735-6757(13)00563-9.

**Traumatic Brain Injury Among Newly Admitted Adolescents in the New York City Jail System.** Kaba F, Diamond P, Haque A, MacDonald R, Venters H. J Adolesc Health. 2014 Feb 13. pii: S1054-139X(13)00833-1

**Solitary confinement and risk of self-harm among jail inmates.**
Kaba F, Lewis A, Glowa-Kollisch S, Hadler J, Lee D, Alper H, Selling D, MacDonald R, Solimo A, Parsons A, Venters H. Am J Public Health. 2014 Mar;104(3):442-7.

**A Description of an Urban Transitions Clinic Serving Formerly Incarcerated People.** Fox AD, Anderson MR, Barlett G, Valverde J, MacDonald RF, Shapiro LI, Cunningham CO. J Health Care Poor Underserved. 2014;25(1):376-82.

**The triple aims of correctional health: patient safety, population health, and human rights.** MacDonald R, Parsons A, Venters HD. J Health Care Poor Underserved. 2013 Aug;24(3):1226-34.

**Presentations:**
**Healthcare in the NYC Jail System and the Health Risks of Jail.** Ross MacDonald, MD. Society of Alumni of Bellevue Hospital. Wednesday, Feburary 7, 2018. New York, NY.

**Operational Feasibility of MAT in the Criminal Justice System.** Ross MacDonald, MD. 2017 Heroin Response Strategy Symposium. November 8, 2017. Atlanta, GA.

**Invited Session: Overcoming Barriers to Provide a Comprehensive Treatment Approach to Opioid Use Disorder from Incarceration to Community.** Ross MacDonald, MD. American Public Health Association Conference. November 6, 2017. Atlanta, GA.

**Operational Feasibility of MAT in the Criminal Justice System.** Ross MacDonald, MD. The Criminal Justice Response to the Opioid Crisis ICJIA conference. November 1, 2017. Bloomington, IL.

**Dual Loyalty and Correctional Health.** Ross MacDonald, MD. Mount Sinai School of Medicine, InFOCUS course. October 25, 2017. New York, NY.

**Healthcare in the NYC Jail System and the Health Risks of Jail.** Ross MacDonald, MD. Bellevue Hospital Social Justice Interest Group Noon Conference. September 20, 2017. New York, NY.

**HCV and the NYC Jail System.** Ross MacDonald, MD. 2017 New York State Hepatitis C Elimination Summit. February 7, 2017. Albany, NY.

**Healthcare in the NYC Jail System and the Health Risks of Jail.** Ross MacDonald, MD. Bellevue Hospital Center, Department of Medicine Noon Conference. November 1, 2016. New York, NY.

**Dual Loyalty and Correctional Health.** Ross MacDonald, MD. Mount Sinai School of Medicine, InFOCUS course. October 26, 2016. New York, NY.

**Addiction and Incarceration in NYC.** Ross MacDonald, MD. Grand Rounds Program, Montefiore Medical Center at Waters Place, Division of Substance Abuse. October, 3 2016. Bronx, NY

**RxStat, Jails and Overdose.** Ross MacDonald, MD and Chauncey Parker. Saving Lives: Innovative Solutions to the Opioid Crisis. September 7, 2016. Minneapolis, MN

**The Rikers Island Hot Spotters: Caring for the Most Frequently Incarcerated.** Ross MacDonald. National Rx Drug Abuse & Heroin Summit. March 29th, 2016. Atlanta, GA.

**Public Health and the Carceral State.** Prisons; Government 3141. Cornell University. March 22nd, 2016. Ithaca, NY.

**Healthcare in the NYC Jail System and the Health Risks of Jail.** Ross MacDonald, MD. NYU School of Medicine. Healthcare System Innovation and Policy Selective. March 17, 2016. New York, NY.

**Rolling Out HCV Treatment in Urban Jails.** Ross MacDonald, Maya Yoshida-Cervantes, Vincent Gales. National Hepatitis Corrections Network Annual Meeting. Baltimore, MD. March 16th, 2016.

**Healthcare in the NYC Jail System and the Health Risks of Jail.** Ross MacDonald, MD. NYU School of Medicine, Department of General Internal Medicine Grand Rounds. New York, NY. 8am February 9th, 2016

**Healthcare in the NYC Jail System and the Health Risks of Jail.** Ross MacDonald, MD. NYU School of Medicine, Infectious Disease and Immunology Grand Rounds. New York, NY. 8am December 18th, 2015

**Why Incarceration Matters for Medical Care.** Ross MacDonald, MD and Aaron Fox, MD. Albert Einstein College of Medicine, Einstein/Montefiore Department of Medicine Grand Rounds. Bronx, NY. 8AM, September 10th, 2015

**Why Incarceration Matters for Medical Care.** Ross MacDonald, MD and Aaron Fox, MD. Montefiore Medical Center, Department of Medicine Grand Rounds. Bronx, NY. 12PM, September 10th, 2015

**Addiction and Incarceration in NYC.** Ross MacDonald, MD. Grand Rounds Program, Montefiore Medical Center at Waters Place, Division of Substance Abuse. June 2, 2015.

**Healthcare in the NYC Jail System and the Health Risks of Jail.** Ross MacDonald, MD. NYU School of Medicine. Healthcare System Innovation and Policy Selective. March 13, 2015. New York, NY.

**Mass Incarceration, Community Health and Clinical Medicine.** Ross MacDonald, MD, Aaron Fox, MD and Richard Medina CHW. Albert Einstein College of Medicine. February 25th, 2015. Bronx, NY.

**Opioid Overdose Prevention.** Ross MacDonald, MD. Rutgers University 1st UCHC Joint Mental Health and Medical Conference. February 16, 2015. Mercerville, NJ.

**Addiction and Incarceration in New York City.** NY Society of Addition Medicine 11th Annual Statewide Conference. Plenary Speaker. Jan 31,2015. New York, NY.

**Beyond Compassionate Release.** Jonathan Giftos, Ross MacDonald, Zachary Rosner, Homer Venters. APHA Conference, November 2014, New Orleans, LA.

**Human Rights at Rikers: Dual Loyalty Among Jail Health Staff.** Sarah Glowa-Kollisch, Homer Venters, Ross MacDonald. APHA Conference, November 2014, New Orleans, LA.

**Addiction and Incarceration in New York City.** Aaron Fox & Ross MacDonald. ARDIS and DPH Research Seminar. Wednesday, October 28th, 2014. New York University School of Medicine.

**Healthcare on Rikers and the Health Risks of Jail.** Ross MacDonald, MD. David Rogers Health Policy Colloquium, Weill Medical College of Cornell University, New York, NY. May 14th, 2014

**Mass Incarceration, Community Health and Clinical Medicine.** Ross MacDonald, MD, Aaron Fox, MD and Richard Medina CHW. Albert Einstein College of Medicine. April 2nd, 2014. Bronx, NY.

**Healthcare in the NYC Jail System and the Health Risks of Jail.** NYU School of Medicine. Healthcare System Innovation and Policy Selective. March 13, 2014. New York, NY.

**Traumatic Brain Injury in the Criminal Justice Population.** Webinar. Hosted by the Council of State Governments Justice Center. Ashley Bridwell, LMSW, Ross MacDonald, MD. February 11, 2014.

**Self-harm and solitary confinement in the NYC jail system.** Homer D. Venters, MD, Daniel Selling, PsyD, and Ross MacDonald, MD. APHA 2013.
**Prevalence and incidence of traumatic brain injury among incarcerated New York City adolescents.** Ross MacDonald, MD, Fatos Kaba, Alpha Haque, and Homer D. Venters, MD. APHA 2013.

**Human rights on Rikers: Integrating a human rights-based framework for healthcare into New York City's jail system.** Sarah Glowa-Kollisch, Homer D. Venters MD, Ross MacDonald, MD. APHA 2013.

**Staff satisfaction and attitudes in the NYC jail system.** Ramneet Kalra, Andrea Lewis, Cecilia Flaherty, Sarah Glowa-Kollisch, Ross MacDonald, MD, Fatos Kaba, Homer D. Venters, MD. APHA 2013

**Health risks associated with incarceration in jails.** Ross MacDonald, MD, Daniel Selling, Psy,D, Cecilia Flaherty and Homer D. Venters, MD MS. APHA 2012.

**Improving Care in NYC Jail System for Transgender Patients and Patients Reporting Sexual Assault.** Homer D. Venters, MD, Mohamed Jaffer, PA and Ross MacDonald, MD. APHA 2012.

**Montefiore Transitions Clinic: Reaching the Recently Incarcerated.** R MacDonald MD; A Fox MD; J Lackner MD; L Shapiro MD; J Deluca MD; M Anderson MD. Presented at the 34th Annual Meeting of the Society for General Internal Medicine, May 2011, Phoenix, AZ.

**Transitions Clinic: Transitioning Healthcare from Prison to the Community.** L Shapiro, R MacDonald, J DeLuca, M Anderson. Presented at the Academic & Health Policy Conference on Correctional Health, March 2011, Boston, MA.

**Transitions Clinic: Transitioning Healthcare from Prison to the Community.** L Shapiro, R MacDonald, J DeLuca, M Anderson. Presented at the 33rd Annual Meeting of the Society for General Internal Medicine, May 2010, Minneapolis, MN