# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Civil Action**
**No: 19cv10495-WGY**

**Stephanie DiPierro**

**Plaintiff**

**v.**

**Hugh J. Hurwitz et al**
**Defendant**

# SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

     The Court having been advised on June 7, 2019 that the above-entitled action has been settled:

     IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/Matthew A. Paine

**Deputy Clerk**

June 11, 2019

**To: All Counsel**